FILED
RICHARD W. NAGEL
CLERK OF COURT

2020 MAY 18  AM 8:21

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
WEST. DIV. CINCINNATI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CASE NO.:   1:20-MJ-098 |
| v. | : | |
| | : | |
| | : | MAGISTRATE JUDGE BOWMAN |
| VALERICA IVANOVICI | : | |
| Aka Jeno Urban | : | |
| Aka Zoltan Toth | : | **MOTION AND ORDER** |
| Aka Velerica Eugen | : | **TO UNSEAL DOCUMENTS** |

-------------------------------------

The United States respectfully requests that the Court unseal the Complaint, Arrest Warrant and Affidavit in 1:20-MJ-098.

Respectfully submitted,

DAVID M. DEVILLERS
United States Attorney

s/*Timothy S. Mangan*
TIMOTHY S. MANGAN (069287)
Assistant United States Attorney
221 East Fourth Street, Suite 400
Cincinnati, Ohio 45202
(513) 684-3711; Fax: (513) 684-6385

IT IS **ORDERED** that the Complaint, Arrest Warrant and Affidavit and any other pleadings in the above-numbered cases shall now be unsealed.

**May 15, 2020**
DATE

_____
HONORABLE STEPHANIE K. BOWMAN
United States Magistrate Judge